UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| FERNANDO JAIMES-JIMENEZ, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. C-06-00332 |
| § | |
| WARDEN DAN JOSLIN, § | |
| § | |
| Respondent. § | |

**ORDER ADOPTING AMENDED MEMORANDUM AND RECOMMENDATION
TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

On February 22, 2007, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that respondent's motion to dismiss (D.E. 17) be granted and that petitioner's habeas petition for relief pursuant to 28 U.S.C. § 2241 (D.E. 1) be dismissed. A copy of the Memorandum and Recommendation was mailed to petitioner with a card to be returned indicating his receipt of the mailing. The card has not been returned by petitioner nor has the mailing been returned by the U.S. Post Office as undeliverable. Therefore, seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that respondent's motion to dismiss (D.E. 17) is granted and petitioner's habeas petition for relief pursuant to 28 U.S.C. § 2241 (D.E. 1) is dismissed.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 23rd day of May, 2007.

_____
Janis Graham Jack
United States District Judge

2 / 2